B6D (Official Form 6D) (12/07)

In re **Svetlana Vobornova,**　　　　　　　　　　　　　　　　　　　　　　Case No. __**10-38544**__
　　　　**Gennadi Krasnitski**
_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1154**　　　　　　　　　　　　　　　**American Home Mtg Srv/Homeward Residenta**　**Ahmsi / Attention: Bankruptcy**　**Po Box 631730-1730**　**Irving, TX 75063** | | J | **Opened 5/01/05 Last Active 3/01/08**　**Real Estate Mortgage. Servicing transferred to Ocwen Loan Servicing.**　　Value $　　　　　　　　　**0.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx0714**　　　　　**City Ntl Bk/Ocwen Loan Service**　**Attn: Bankruptcy**　**P.O. Box 24738**　**West Palm Beach, FL 33416** | | J | **Opened 5/01/05**　**Real Estate Mortgage. Location: 1460 Westgate Drive, Fort Lee NJ Debtors have abandoned the property four years ago.**　　Value $　　　**Unknown** | | | X | **339,174.87** | **Unknown** |
| Account No. **xxxxxx xx 0641**　　　**DCFS USA LLC**　**36455 Coorporate Dr**　**Farmington, MI 48331** | | H | **Opened: 07/01/2005 Last active: 02/27/2008**　**Lease**　　Value $　　　**Unknown** | | | | **4,899.00** | **Unknown** |
| Account No.　　　**DCFS USA LLC**　**36455 COrporate Dr**　**Farmington, MI 48331** | | H | **Opened: 08/01/06 Last active: 02/29/08**　**Lease**　　Value $　　　**Unknown** | | | | **4,508.00** | **Unknown** |
| __**0**__ continuation sheets attached | | | Subtotal (Total of this page) | | | | **348,581.87** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **348,581.87** | **0.00** |

B6F (Official Form 6F) (12/07)

In re **Svetlana Vobornova,**                               Case No. **10-38544**
      **Gennadi Krasnitski**
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 8653**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | H | **Opened: 08/01/03 Last active: 10/05/07**<br>**Credit card purchases** | | | | **22,455.00** |
| Account No. **xxxxxx xx 5873**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | H | **Opened: 01/01/03 Last active: 06/01/07**<br>**Credit card purchases** | | | | **8,740.00** |
| Account No. **xxxxxx xx 6873**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | H | **Opened: 12/01/03 Last active: 03/01/08**<br>**Credit card purchases** | | | | **9,813.00** |
| Account No. **xxxxxx xx 3713**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | W | **Opened: 08/01/06 Last active: 01/01/08**<br>**Credit card purchases** | | | | **5,465.00** |

__12__ continuation sheets attached                                Subtotal    **46,473.00**
                                                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**
**Gennadi Krasnitski**
                                                                                                Case No. __**10-38544**__
_____,
                                          Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 0743**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | H | **Opened: 12/01/03 Last Active: 07/01/07**<br>**Credit card purchases** | | | | **1,259.00** |
| Account No. **xxxxxx xx 8353**<br><br>**American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** | | W | **Opened: 12/01/06 Last Active: 04/01/07**<br>**Credit card purchases** | | | | **1,028.00** |
| Account No. **xxxxxxxxxxxx8353**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **Opened 12/22/03 Last Active 10/12/07**<br>**Credit card purchases** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx0743**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | W | **Opened 12/22/03 Last Active 10/29/07**<br>**Credit card purchases** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx6873**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | W | **Opened 12/08/03 Last Active 9/09/07**<br>**Credit card purchases** | | | | **0.00** |

Sheet no. __**1**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,287.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Svetlana Vobornova,**
       **Gennadi Krasnitski**                                              Case No.  **10-38544**
_____,
                                    Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6455**<br><br>**American Honda Finance**<br>**Po Box 168088**<br>**Irving, TX 75016** | | W | **Opened 3/01/04 Last Active 6/17/05**<br>**Lease** | | | | 0.00 |
| Account No. **xxxx0474**<br><br>**Asset Acceptance**<br>**Attn: Bankrupcy Dept**<br>**Po Box 2036**<br>**Warren, MI 48090** | | W | **Opened 4/01/10**<br>**Factoring Company Account Wachovia Card Services** | | | | 41,365.00 |
| Account No. **xxxx1073**<br><br>**Asset Acceptance**<br>**Attn: Bankrupcy Dept**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | **Opened 4/01/10 Last Active 9/16/10**<br>**Factoring Company Account Wachovia Card Services** | | | | 15,969.00 |
| Account No. **xxxx6418**<br><br>**Asset Acceptance**<br>**Attn: Bankrupcy Dept**<br>**Po Box 2036**<br>**Warren, MI 48090** | | H | **Opened 6/01/09**<br>**Factoring Company Account American Express** | | | | 8,570.00 |
| Account No. **xxxxxx xx 2496**<br><br>**Bank of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | | W | **Opened: 09/01/04 Last active: 10/17/07**<br>**Credit card purchases** | | | | 8,968.00 |

Sheet no. **2** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **74,872.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**
**Gennadi Krasnitski**,
Debtors

Case No. **10-38544**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 9189**<br><br>**Bank of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | | J | **Opened: 09/01/02 Last active: 10/04/07**<br>**Credit card purchases** | | | | **6,102.00** |
| Account No. **xxxxxx xx 6108**<br><br>**Bank of America**<br>**PO Box 7047**<br>**Dover, DE 19903** | | W | **Opened: 09/01/04 Last active: 01/01/08**<br>**Credit card purchases** | | | | **8,986.00** |
| Account No. **xxxxxx xx 2656**<br><br>**Bank of America**<br>**PO Box 7407**<br>**Dover, DE 19903** | | J | **Opened: 09/01/02 Last active: 12/01/07**<br>**Credit card purchases** | | | | **6,102.00** |
| Account No. **xxxxxxxxxxxx8407**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | H | **Opened 5/07/07 Last Active 4/30/08**<br>**Credit card purchases** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1019**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | **Opened 5/07/07 Last Active 9/07/07**<br>**Credit card purchases** | | | | **0.00** |

Sheet no. **3** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **21,190.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**
**Gennadi Krasnitski**
                                                                                          , Case No. **10-38544**
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7954**<br><br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | J | Opened 9/04/02 Last Active 10/04/07<br>Credit card purchases | | | | 0.00 |
| Account No. **xxxxxxxxxxxx6156**<br><br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | H | Opened 9/02/04 Last Active 10/17/07<br>Credit card purchases | | | | 0.00 |
| Account No. **xxxxxxxxxxxx2922**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | Opened 8/01/12 Last Active 7/01/13<br>Credit card purchases | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7787**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | Opened 7/01/11 Last Active 6/25/12<br>Credit card purchases | | | | 0.00 |
| Account No. **xxxxxx7202**<br><br>**Cbna**<br>**Attn:Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | W | Opened 7/07/05 Last Active 12/28/12<br>Credit Line | | | | 0.00 |

Sheet no. **4** of **12** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**
     **Gennadi Krasnitski**     Case No. **10-38544**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx xx 5000<br><br>Chase Bank USA, N.A.<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | W | Opened: 09/01/04 Last active: 10/01/07<br>Credit card purchases | | | | 21,928.00 |
| Account No. xxxxxx xx 9000<br><br>Chase Bank USA, N.A.<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | J | Opened: 08/01/03 Last active: 10/01/07<br>Credit card purchases | | | | 7,718.00 |
| Account No. xxxxxxxxxxxx5832<br><br>Chase Mht Bk<br>Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | H | Opened 9/01/04 Last Active 9/05/07<br>Credit card purchases | | | | 0.00 |
| Account No. xxxxxxxxxxxx2592<br><br>Chase Mht Bk<br>Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | J | Opened 8/26/03 Last Active 8/31/07<br>Credit card purchases | | | | 0.00 |
| Account No. xxxxxx xx 9780<br><br>Citi<br>PO Box 6241<br>Sioux Falls, SD 57117 | | H | OpenedL 05/01/07 Last active: 10/15/07<br>Credit card purchases | | | | 11,370.00 |

Sheet no. **5** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **41,016.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**            Case No. **10-38544**
     **Gennadi Krasnitski**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx xx 3064<br><br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | W | **Opene: 05/01/07 Last active: 10/22/07**<br>**Credit card purchases** | | | | 5,160.39 |
| Account No. xxxxxx xx 3331<br><br>**Englewood Hospital and Medical Center**<br>**PO Box 48304**<br>**Newark, NJ 07101-4804** | | W | **02/14/2013**<br>**Medical Bill** | | | | 88.20 |
| Account No. xxxxxx xx 0642<br><br>**FIA Card Services**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | | H | **Opened: 05/01/07 Last active: 11/01/07**<br>**Credit card purchases** | | | | 9,608.00 |
| Account No. xxxxxx xx 6476<br><br>**FIA CSNA**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | | W | **Opened: 05/01/07 Last active: 11/01/07**<br>**Credit card purchases** | | | | 3,081.00 |
| Account No. xxxxxxxxxxxx3654<br><br>**Gecrb/gap**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | H | **Opened 12/06/05 Last Active 11/21/06**<br>**Charge Account** | | | | 0.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **17,937.59**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Svetlana Vobornova,**  
**Gennadi Krasnitski**  
Debtors

Case No. __**10-38544**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8218**<br><br>**Geico Card/merrick Ban**<br>**Po Box 9201**<br>**Old Bethpage, NY 11804** | | W | **Opened 9/01/07 Last Active 10/21/07**<br>**Credit card purchases** | | | | **3,099.00** |
| Account No. **xxxxxx xx 2235**<br><br>**GEMB/GAP**<br>**PO Box 981400**<br>**El Paso, TX 79998** | | W | **Opened: 12/01/05 Last active: 11/21/06**<br>**Charge card** | | | | **Unknown** |
| Account No. **xxxxxx xx 8432**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | W | **Opened: 08/01/07**<br>**Credit card purchases** | | | | **Unknown** |
| Account No. **xxxxxx xx 6861**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | W | **Opened: 08/01/07**<br>**Credit card purchases** | | | | **Unknown** |
| Account No. **xxxxxx xx 2061**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | W | **Opened: 08/24/07**<br>**Credit card purchases** | | | | **Unknown** |

Sheet no. __**7**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,099.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Svetlana Vobornova,**
       **Gennadi Krasnitski**                                                  Case No.  **10-38544**

_____,
                            Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6861  Hsbc Bank  Po Box 5253  Carol Stream, IL 60197 | | H | Opened 8/01/07 Last Active 5/01/08  Credit card purchases | | | | 0.00 |
| Account No. xxxxxxxxxxxx8432  Hsbc Bank  Po Box 5253  Carol Stream, IL 60197 | | H | Opened 8/01/07 Last Active 8/01/07  Credit card purchases | | | | 0.00 |
| Account No. xxx6806  Hunter Warfield  Attention: Collections Department  4620 Woodland Corporate Blvd  Tampa, FL 33614 | X | J | Opened 6/01/11  Collection Attorney Crest At Fort Lee | | | X | 18,641.00 |
| Account No. xxxxxx7001  IC System  Attn: Bankruptcy  444 Highway 96 East; Po Box 64378  St. Paul, MN 55164 | | H | Last Active 1/28/09  01 Banfield The Pet Hospital | | | | 0.00 |
| Account No. xxxxxx xx 1993  Marina District Development Company LLC  One Borgata Way  Atlantic City, NJ 08401 | | J | Last active: 04/01/08 | | | X | 20,000.00 |

Sheet no. **8** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **38,641.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**             Case No. **10-38544**
     **Gennadi Krasnitski**
, Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1264**  <br>**Mb Fin Svcs**  <br>**2050 Roanoke Rd**  <br>**Westlake, TX 76262** | | W | **Opened 8/01/06 Last Active 10/31/08**  <br>**Lease** | | | | **0.00** |
| Account No. **xxxxxx0641**  <br>**Mb Fin Svcs**  <br>**2050 Roanoke Rd**  <br>**Westlake, TX 76262** | | W | **Opened 6/01/05 Last Active 5/05/08**  <br>**Lease** | | | | **0.00** |
| Account No. **xxxxxx xx 0920**  <br>**Mcydsnb**  <br>**9111 Duke Blvd**  <br>**Mason, OH 45040** | | W | **Opened: 08/01/04 Last active: 10/11/04**  <br>**Charge card** | | | | **Unknown** |
| Account No. **xxxx6912**  <br>**Merc Adj Bur**  <br>**Po Box 9016**  <br>**Williamsville, NY 14231** | | W | **Opened 8/01/12**  <br>**Collection Attorney Public Service Electric Gas** | | | | **450.00** |
| Account No. **xxxxxxxxxxxx3064**  <br>**New Century Financial**  <br>**110 S. Jefferson Rd.**  <br>**Suite 104**  <br>**Whippany, NJ 07981** | | H | **Opened 3/01/11**  <br>**Collection Attorney Citibank** | | | | **5,164.00** |

Sheet no. **9** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **5,614.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**     Case No. **10-38544**
      **Gennadi Krasnitski**
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx xx 8218<br><br>**New Millennium Bank/Geico**<br>**57 Livingston Avenue**<br>**New Brunswick, NJ 08901** | | H | **Opened: 09/01/07 Last active: 12/01/07**<br>**Credit card purchases** | | | | **2,894.00** |
| Account No. xxx3854<br><br>**Paul Michael Marketing**<br>**15916 Union Tpke Ste 302**<br>**Flushing, NY 11366** | | H | **Opened 9/01/10 Last Active 9/16/10**<br>**Collection Attorney Sunrise Medical Labs** | | | | **127.00** |
| Account No. xxxxxx xx 6106<br><br>**Public Service Electric & Gas**<br>**c/o Mercantile Adjustment Bureau, LLC**<br>**PO Box 9054**<br>**Williamsville, NY** | | H | **03/13/2013**<br>**Utility Bills** | | | | **449.82** |
| Account No. xxxxxx xx 1056<br><br>**SCA/The Pet Company**<br>**1000 Macaruth Blvd**<br>**Mahwah, NJ 07430** | | W | **Opened: 12/01/06 Last active: 06/01/07**<br>**Charge card** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx1056<br><br>**Td Rcs/the Pet Company**<br>**1000 Macarthur Blvd**<br>**Mahwah, NJ 07430** | | H | **Opened 12/01/06 Last Active 6/01/07**<br>**Charge Account** | | | | **0.00** |

Sheet no. **10** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,470.82**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,** Case No. **10-38544**
**Gennadi Krasnitski**
_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001<br><br>**Toyota Motor Credit**<br>**4 Gatehall Dr Ste 350**<br>**Parsippany, NJ 07054** | | W | **Opened 11/01/02  Last Active  6/23/05**<br>**Automobile** | | | | 0.00 |
| Account No. xxxxxx xx 8350<br><br>**Wachovia Credit Card Services**<br>**PO Box 3117**<br>**Winston Salem, NC 27102** | | H | **Opeend: 03/01/06 Last active: 10/01/07**<br>**Credit card purchases** | | | | 40,139.59 |
| Account No. xxxxxx xx 0202<br><br>**Wachoviacc**<br>**PO Box 3117**<br>**Winston Salem, NC 27102** | | W | **Opened: 03/01/06 Last active: 10/01/07**<br>**Credit card purchases** | | | | 11,528.00 |
| Account No. xx1460<br><br>**Westgate COA**<br>**Taylor Management Company**<br>**PO Box 48077**<br>**Newark, NJ 07101-4877** | | J | **04/01/2013**<br>**Maintenance fees, late fees, parking fees, common charges. Claim of lien.** | | | X | 25,417.29 |
| Account No. xxxxxxxxxxxx8350<br><br>**Wf Card/wb**<br>**Po Box 5445**<br>**Portland, OR 97228** | | W | **Opened  3/27/06  Last Active  9/04/07**<br>**Credit Card** | | | | 0.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **77,084.88**

B6F (Official Form 6F) (12/07) - Cont.

In re **Svetlana Vobornova,**
**Gennadi Krasnitski**

Case No. **10-38544**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0202 <br><br> Wf Card/wb <br> Po Box 5445 <br> Portland, OR 97228 | | H | Opened 3/27/06 Last Active 9/04/07 <br> Credit Card | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **12** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Total (Report on Summary of Schedules)  331,685.29

B6H (Official Form 6H) (12/07)

In re **Svetlana Vobornova,**
**Gennadi Krasnitski**
                                                                    Debtors

Case No. **10-38544**

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Olga Vobornova**<br>**2160 Center Avenue Apt 5C**<br>**Fort Lee, NJ 07024** | **Hunter Warfield**<br>**Attention: Collections Department**<br>**4620 Woodland Corporate Blvd**<br>**Tampa, FL 33614** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re  **Svetlana Vobornova**
**Gennadi Krasnitski**
_____
Debtor(s)

Case No.  **10-38544**
Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **26**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 31, 2013**          Signature  **/s/ Svetlana Vobornova**
                                                        **Svetlana Vobornova**
                                                        Debtor

Date  **July 31, 2013**          Signature  **/s/ Gennadi Krasnitski**
                                                        **Gennadi Krasnitski**
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.